UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON HALL, *et al.*,

    Plaintiffs,

v.

TRIVEST PARTNERS, L.P., *et al.*,

    Defendants.
_____/

Case No. 22-12743
Related Case No. 25-50110

Hon. F. Kay Behm
Hon. Curtis Ivy, Jr.

### ORDER STAYING ACTION AND DENYING
### PENDING MOTIONS WITHOUT PREJUDICE

On May 23, 2025, the court issued an order denying Defendants' motions to compel arbitration. Defendants filed notices of appeal as of right on June 9, 2025. ECF Nos. 147, 149; *see* 9 U.S.C. § 16(a). While "the interlocutory appeal on arbitrability is ongoing," the district court "must stay its proceedings." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023).

Accordingly, it is **ORDERED** that this action and the related miscellaneous action (Case No. 25-50110) are **STAYED** pending appeal. For administrative purposes and docket efficiency, all pending motions

(Case No. 25-50110, ECF No. 11); (Case No. 22-12743, ECF Nos. 105, 130, 135) are **DENIED WITHOUT PREJUDICE.**

    **SO ORDERED.**


Dated: June 23, 2025                                      <u>s/F. Kay Behm</u>
                                                               F. Kay Behm
                                                                United States District Judge